Conrad Morris Braker, Respondent, v. New York Finance Company, Appellant, Impleaded with Others.— Motion to dismiss appeal denied, without costs. Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John F. Manning, Respondent, v. Emil Seelig, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Giovanni Terragni and Angiolina Di Tizio, Suing on Behalf of Themselves and of All Other Creditors of Lorenzo Cianchetta Who May Be Similarly Situated, etc., Respondents, v. Illinois Surety Company, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

Jesse T. Collins and Samuel F. Mead, as Administrators, etc., of Samuel H. Collins, Deceased, Respondents, v. Genevieve C. Phipps, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

Warren Putnam Newcomb, as Executor, etc., of H. Victor Newcomb, Deceased, Appellant, v. Jeanne La Roe, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

John G. Moore, Respondent, v. Central Park, North and East River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

The City of New York, Appellant, v. White Star Towing Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

Carnegie Trust Company, Appellant, v. Aron Weil, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ. (Scott, J., dissented.)

Jacob Bayer Lumber Company, Respondent, v. Massachusetts Bonding and Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

Youssoule Haim Capsuto, Respondent, v. John T. Fisher and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ. (Ingraham, P. J., and Scott, J., dissented.)

The People of the State of New York, Respondent, v. Thomas F. Smith, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.